**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR ULISES PEREZ SALMERON, | Case No. 1:25-cv-01067 KES SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| PAM BONDI, et al., | |
| Respondents. | |
| | Doc. 6 |

Cesar Ulises Perez Salmeron is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. The magistrate judge performed a preliminary review of the petition and recommended that the Court dismiss the petition and deny the request for injunctive relief because Petitioner did not establish that he was likely to succeed on the merits. Doc. 6 at 3-4. The Court served the findings and recommendations on Petitioner and notified him that any objections were to be filed within thirty days. *Id.* at 4. Although the U.S. Postal Service returned the Court's mail as undeliverable, service is deemed fully effective pursuant to Local Rule 182(f). To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed this case de novo. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

1

The Court **ORDERS**:

1.   The findings and recommendations issued on October 22, 2025 (Doc. 6) are **ADOPTED** in full.

2.   The petition for writ of habeas corpus is **DISMISSED**.[1]

3.   The application for temporary restraining order is **DENIED**.

4.   The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    March 14, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681–82 (5th Cir. 1997).

2